UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | | |
|---|---|---|
| PALMER/KANE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: _____ |
| | ) | |
| v. | ) | |
| | ) | |
| HOUGHTON MIFFLIN HARCOUT PUBLISHING COMPANY, | ) ) ) ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| Defendant | ) ) ) | |

The Plaintiff, Palmer/Kane LLC, by and through its undersigned counsel, alleges as follows:

## JURISDICTION AND VENUE

1. This is an action for copyright infringement and breach of contract by reason of Defendant's infringing uses of Plaintiff's copyrighted photographs.

2. This Court possesses subject matter jurisdiction over this action pursuant to the provisions of 28 U.S.C. Sections 1331 and 1338(a), because this action arises under the Copyright Act of 1976, 17 U.S.C. Sections 101 *et seq*.

3. Venue is proper in this District under 28 U.S.C. Sections 1391(a) and (b) and 1400(a), since Defendant resides in this District and a substantial portion of the misconduct by Defendant here alleged occurred in this District.

## THE PARTIES

4. Gabe Palmer, a resident of the State of Vermont, is a professional photographer who makes his living taking and licensing photographs.

5. The Plaintiff, Palmer/Kane LLC, is a Vermont limited liability company.

6. Gabe Palmer created the photographs herein alleged as works-made-for-hire for Plaintiff or its predecessor, Palmer/Kane, Inc. (collectively "Palmer/Kane").

7. Palmer/Kane is a stock photography production company that produces commercial imagery licensed through agencies such as Corbis, Getty and Alamy and occasionally directly to the end user. It has been in business for 38 years. Over the last 20 years Palmer/Kane has issued, through its agents, over 5,000 licenses for book use.

8. All Palmer/Kane images represented by Corbis, its predecessor The Stock Market, Getty Images, and the majority of images represented by Alamy are licensed under the rights management (RM) model. RM license fees are calculated based on the specific media in which the image will appear and the exposure the image will have. Factoring the fee requires consideration of industry, media, image size, frequency, image placement, languages, geographic distribution, press run, and start/expiration dates. The licensing agency's price calculator constitutes a good indicator of the breadth and depth of licensed use.

9. Palmer/Kane is the owner of the copyrights in and to each of the photographs of Gabe Palmer, branded either under his name or under the brand MugShots, as to which a claim of copyright infringement is asserted in this Complaint.

10. Defendant Houghton Mifflin Harcourt Publishing Company ("HMH") is a Delaware corporation with its headquarters in Boston, Massachusetts.

11. HMH is a publisher and distributor of textbooks and other educational materials. At all times pertinent to the allegations in this Complaint, HMH acted through its imprints and divisions, including but not limited to Heinemann, DC Health, Great

Source, Harcourt Achieve, Harcourt Brace, Harcourt School Publishers, Holt Rinehart and Winston, Houghton Mifflin, McDougal Little, Rigby, and Steck-Vaughn. HMH sells and distributes textbooks via its employees and agents in Massachusetts and throughout the United States.

**FACTS**

12. Plaintiff is the owner of the copyrights to the photographs of Gabe Palmer that are named, depicted and described in Exhibits A-F hereto.

13. Each of the photographs in Exhibits A-F is registered with the U.S. Copyright Office under a certificate bearing the registration number stated therein as to that photograph.

14. HMH has published, used and continues to use each of the photographs in Exhibits A - F at least in the publications listed as to each such photograph.

15. Plaintiff discovered the acts of infringement alleged herein within the three-year period preceding the filing of this Complaint.

16. On information and belief, each of such uses by HMH as to each of said photographs was unauthorized and unlicensed.

17. On information and belief, to the extent that any of such uses was ever licensed, such license has expired or its terms and conditions have been exceeded or otherwise violated. Facts known to Plaintiff regarding the specific license (or absence thereof) as to each photograph contained in Exhibits A-F, as well as the scope of use of each photograph, are set forth below. The licenses themselves are in the possession of Houghton and/or Palmer/Kane's licensing representatives and have not been provided to Plaintiff. The information pertaining to the scope and duration of use of the said

photographs is in the possession HMH and/or its licensing representatives and has not been provided to Plaintiff.

18. On information and belief, a substantial number of additional photographs of Gabe Palmer that are the subjects of valid copyright registrations owned by Plaintiff have been and are still being published and used by HMH without license or authorization.

19. The photograph entitled *"Senior Woman Horseback Riding with Grandson,"* shown in Exhibit A as photograph 1, was registered under Certificate of Registration No. VAu 658-134. It appears in three places in the series "*Literacy by Design" for Grade 3, Grade 5*, and in the *Teachers' Edition Table of Contents*. This series was originally published January 31, 2007, and originally licensed by Corbis. On April 27, 2010, Palmer Kane was asked to "re-license" the image as Corbis had chosen to give up its representation. After Palmer/Kane obtained copies of the original licenses and additional information from HMH's representative, it learned that the so-called re-licensing was an attempt to retroactively expand and extend the scope of the license to cover unlicensed uses that had already taken place. Palmer/Kane did not agree to grant the requested "re-license." Palmer/Kane later learned that photographs 2 and 3 as shown on Exhibit A, entitled *"Family Watching Falling Star,"* registered under Certificate of Registration No. VAu 529-623; and "Father and Son with Telescope," registered under Certificate of Registration No. VAu 419-602, respectively, were also licensed to HMH by Corbis in 2006 for use in the Literacy by Design series but were used in an unlicensed manner by HMH.

20. The photograph entitled *"Winter Tree, Stone Wall #2,"* shown in Exhibit A

4

as photograph 4, was registered under Certificate of Registration No. VA 1-297-358. It appears in the book *Harcourt Science Grade 2* and was initially published Jan 1, 2000 and licensed to HMH by Corbis on April 25, 2006. On August 5, 2010, Palmer/Kane was asked to "re-license" the image as Corbis had chosen to give up its representation. Based on prior knowledge gleaned from the "Literacy in Design" experience and the written reference to a post-dated copyright of 2009, Palmer/Kane did not grant the requested "re-license" covering previously unlicensed uses of the image. Later, after obtaining a copy of the book, Palmer/Kane learned that there was a second unlicensed insertion of the photograph *"Winter Tree, Stone Wall #2"* that was not mentioned by the HMH representative requesting the retroactive licensing; and that another image by Gabe Palmer, entitled *"Sandstone Arch,"* shown in Exhibit A as photograph 5, registered under Certificate of Registration VA 1-811-724, also appeared in the book and was unlicensed.

    21.    The photograph entitled *"Students in MS Hallway."* shown in Exhibit A as photograph 6, was registered under Certificate of Registration No. VAu 458-513. It appears in the book *HMH Mifflin English Grade 7* and was initially published in June, 2001 and several times subsequently. On August 27, 2010, HMH asked Palmer/Kane to "re-license" the image, even though the image had never been licensed to HMH either by Palmer/Kane or any of its agents or representatives. Later, after obtaining the book, Palmer/Kane discovered that it contained two additional Gabe Palmer images in the book: *"Cellist,"* shown in Exhibit A as photograph 7 and registered under Certificate of Registration VAu 529-623; and *"Boys Reading Baseball Cards,"* shown in Exhibit A as photograph 8 and registered under Certificate of Registration VAu 529-623. Both additional images were not included in the post-dated licensing request and were not

5

licensed to HMH at the time of the book's initial publishing.

22. The photograph entitled *"Classroom Science Experiment,"* shown in Exhibit A as photograph 9, was registered under Certificate of Registration No. VAu 529-623. It appears in the book *HMH Mifflin English Grade 6* and was initially published on Jan 1, 2000 and several times subsequently. On September 8, 2010, Palmer/Kane was asked to "re-license" the image as Corbis had chosen to give up its representation. This request, which Palmer/Kane denied, referenced a volume copyrighted in 2001 and was an attempt to secure licensing that had never been granted by or on behalf of Palmer/Kane for the initial publication and all subsequent iterations.

23. The photograph entitled *"Kids with Starfish,"* shown in Exhibit A as photograph 10, was registered under Certificate of Registration No. VA 1-297-358. It appears in two places in *HMH Mifflin English Grade 5* published on June, 2001 and several times subsequently. This image was licensed to HMH in June of 2000 for "web only" use.

24. The photograph entitled *"Kids Boarding School Bus,"* shown in Exhibit A as photograph 11, was registered under Certificate of Registration No. VAu 529-623. It appears in a book *Elements of Language Introductory Course Grade 6* initially published in Dec, 2002. On January 12, 2010, HMH asked to "expand" a license originally issued by Corbis as the image was no longer represented by that agency. Palmer/Kane agreed to this request, because it was unaware that many of the HMH "re-license" requests were actually attempts to post-date licenses for completely unlicensed and infringing uses such as fixed media digital and online use or for print overruns that had already occurred.

25. The Photographs entitled "*Kids in Liberty Pool*," shown in Exhibit A as

6

photograph 12, was registered under Certificate of Registration No. VAu 529-623; and *"Summer Meadow,"* shown in Exhibit A as photograph 13, was registered under Certificate of Registration No VA 1-787-136, appear in the reading anthology "*Wonders*" that was referred to by HMH as a "2001 Reading Program". On March 8, 2008, Palmer/Kane was asked to license the *"Summer Meadow"* image in connection with this book being made available online until 2018, and Palmer/Kane complied with that request. Palmer Kane recently became aware that no license had been issued to HMH for the initial print publication, and was able to locate copies of "*Wonders*" published in 2006, 2008, and 2009; as well as numerous ISBNs for custom state versions of that title. The three printed volumes each contain both photographs, neither of which was licensed to HMH for the original printed publication; nor was the "*Kids in Liberty Pool*" licensed for the online version. All such unlicensed uses constitute infringements.

26. The photograph entitled *"Latino Family Playing Game,"* shown on Exhibit A as photograph 14, was registered under Certificate of Registration No. VA 1-812-350. It appeared in the series *Reading English Grade 2* as *Book 51: Grandparents are Fun* and was licensed on 10/31/02 by Corbis, initially published January 7, 2003, and is still for sale now. By reason of the low fee paid for the original license, the license has long expired for the initial publication, and the foregoing publications are thus infringing.

27. The photograph entitled *"Father and Son Fishing,"* shown on Exhibit A as photograph 15, was registered under Certificate of Registration No. VA 1-297-358. It appears in the series HMH *Reading Grade 1* licensed in February, 2000, which may or may not be for these publications printed June 12, 2001. On October 19, 2008, Palmer/Kane was asked to, and agreed to, "re-license" this image for an extension of this reading

7

program, granting the customary discount for the reuse of an image in a subsequent edition of the same title. The new license included fixed digital media, online use, Spanish translation, and a press run of nearly 1,800,000 extended forward to October, 2018. Such uses of the image were not covered by the initial license, occurred prior to Palmer/Kane's agreement, and thus were infringing. Palmer/Kane did not learn that HMH's requests for "re-licensing" were attempts to legitimize preceding infringing uses until April 27, 2010 as set forth in allegation No. 19 of this Complaint.

28. The photograph entitled *"Tire Manufacturing,"* shown in Exhibit A as photograph 17, was registered under Copyright Application No. 1-922940392. It appears in the book *Essential Concepts of Chemistry* initially published in September, 1998. On April 8, 2005, Palmer/Kane was asked to license a tiny print run of 1300 copies of a custom edition for Middlesex Community College scheduled for publication July 8, 2005, as the image was originally obtained from The Stock Market and was not represented by its successor-in-interest, Corbis. Recently Palmer/Kane has learned that, prior to the request for the Middlesex edition, a broadly published print run of a "custom first edition" version of the book was issued identified by a new ISBN and currently sold new throughout the US and in some foreign countries like the UK, Spain and China. This use was unlicensed and is infringing.

29. The photograph entitled *"Weed,"* shown in Exhibit A as photograph 18, was registered under Certificate of Registration No. VA 1-850-385. It appears in the series Steck-Vaughn Phonics in eight insertions within three different components. On January 5, 2005, Palmer Kane was asked to "re-license" this image for a 5-year period going forward to January 2010 with an additional print run of 400,000, and the license

was issued. Palmer Kane recently obtained a copy of one of the components of the series containing the *"Weed"* photograph and learned the series was actually reprinted May 1, 2004, eight months before HMH contacted Palmer/Kane for so-called re-licensing. Palmer/Kane then obtained a copy of one of the original components, this time a teachers' edition, marked "copyright 1999" but identical to the original 1994 first edition and discovered another Gabe Palmer image, *" Handicapped Student in Class,"* shown on Exhibit A as photograph 19, that was registered under Certificate of Registration No. VAu 529-623. This image was not licensed after August, 1998, even though *"Weed"* was re-licensed June 10, 2000, and January 11, 2005.

30. The photograph entitled *"Multiethnic Kids with Globe,"* shown in Exhibit A as photograph 20, was registered under Certificate of Registration No. VA 1 816-720. It appears in *HMH Mifflin Social Studies: Neighborhoods* for a single "unit opener" licensed by us directly on April 9, 2004, for the initial publishing on August 12, 2004. Terms of license were extremely specific and have been exceeded by excessive print runs including three state-specific custom editions alone equal to three times the quantity permitted by license and by overseas sales, particularly in Asia. The teachers' edition includes two uncredited additional insertions besides the customary page with the image in the students' book, including a full-page section opener.

31. The photographs entitled *"Little Patriots,"* shown in Exhibit A as photograph 21, was registered under Certificate of Registration No.. VA 1-161-589; and *"Girls at Toy Store."* shown in Exhibit A as photograph 22, was registered under Certificate of Registration No. VA 1-850-528, appear in *HMH Mifflin Social Studies: School and Family* for a single "unit opener" for "Little Patriots" and a "unit opener" plus

9

spot art for *"Girls at Toy Store"* licensed by Palmer/Kane on April 9, 2004, for the initial publishing on August 12, 2004. Terms of license were extremely specific and have been exceeded by excessive print runs including three state-specific custom editions alone equal to three times the quantity permitted by license and by overseas sales, particularly in Asia. On information and belief, because every unit-opener photo appearing in the companion book cited in item No. 13 appears at least one additional time in the teachers' manual, these two unit openers also have more than one insertion in the teachers' edition and those uses are infringements.

32. The photographs listed in Exhibit B had no licenses at all or no license six months before or after date of publication.

33. The photograph entitled *"Computer Class,"* shown in Exhibit B as photograph 1, was registered under Certificate of Registration No. VA 1-297-358. It appears in two leveled readers of *The World's Tallest Buildings* published in August, 2006, and was unlicensed.

34. The photograph entitled *"MS Students Grouped Around Computer,"* shown on Exhibit B as photograph 2, was registered under certificate of Registration No. VA 1-850-704. It appears in *Computers* published September 1, 2005, and is unlicensed, as has been confirmed with Alamy.

35. The photograph entitled *"Veterinarian with Dog,"* shown on Exhibit B as photograph 3, was registered under Certificate of Registration No. VAu 529-623. It appears in *¡En Espanol! 2e* initially published April 2, 2003, and is unlicensed. It has had many subsequent printings and custom editions.

36. The photographs entitled "*Resource Recovery,*" shown on Exhibit B as

photograph 4, was registered under Certificate of Registration No. VA 1 787-126; and *"Home Recycling,"* shown on Exhibit B as photograph 5, was registered under Copyright Application No. 1-895794602. They appear in *Your Health Grade 2 3e* published March 14, 2003, which remains the latest edition; all uses are unlicensed.

37. The photograph entitled *"Electronic Fuel Control,"* shown on Exhibit B as photograph 6, was registered under Copyright Application No. 1-920850471. It appears in *Gateways to Algebra and Geometry* from 1996 until the present and was never licensed.

38. The photographs *"Sonoran Desert,"* shown on Exhibit B as photograph 7, which was registered under Copyright Application No. 1-920874364; *"4 Seasons, Winter Fence,"* shown on Exhibit B as photograph 8, which was registered under Certificate of Registration No. VA 1-529-623; *"4 Seasons, Summer Fence,"* shown on Exhibit B as photograph 9, which was registered under Certificate of Registration No. VA 1-529-623, appear in *Houghton Mifflin Science Discovery Works Lvl 2* published in both January, 2002 and August 9, 2010 unchanged, and are unlicensed.

39. The photograph entitled *"Cowboys at Sunrise,"* shown on Exhibit B as photograph 10 was registered under Copyright Application No. 1-893700802. It appears in *Elements in Literature Fourth Course* published frequently between 1997 and 2005 appearing in all 11 editions, and is unlicensed.

40. The photograph entitled *"Superconductivity,"* shown on Exhibit B as photograph 11 was registered under Certificate of Registration No. VA 1-787-136. It appears in multiple updates (no edition numbers given) of both *Holt Chemistry* and *Holt Physics,* most recently in updates of 2006 and 2009 respectively, and is unlicensed.

41. The photographs entitled *"Chicken,"* shown on Exhibit B as photograph 12 was registered under Copyright Application No. 1-920874331, and "Grandfather's Birthday," shown on Exhibit B as photograph 13 was registered under Certificate of Registration No. VA 1787-126. Both images appear in the *American Heritage First Dictionary* for every revision from 1994, 1997, 1998, 2003 and 2005 and are unlicensed.

42. The photograph entitled, *"Commuter Waiting for a train,"* shown on Exhibit B as photograph 14 was registered under Certificate of Registration No. VA 1-297-358. It appears in *Moving into English Grade 3* which is still for sale in its original edition; such use is unlicensed.

44. The photograph entitled "*Boy Washing Tractor*," shown on Exhibit B as photograph 15, was registered under Certificate of Registration No. 1-895510812. It appears *in Pib Nyeem Ntaawy* (phonetic Hmong, translated by Tou Ly Vangkhue) and (Lao, Song M Chounlamountry). These books are translations of a book that appear in 1986 in *English: Beginning to Read!* HMH is not only is translating or causing to be translated books contemporaneously, but recycles old material to create new markets, and this use is unlicensed.

45. The photographs entitled "*Truck on Highway*," shown on Exhibit B as photograph 16, was registered under Certificate of Registration No. VA 1-787-128; and "*Boy with Hot Dog*." shown on Exhibit B as photograph 17, was registered under Certificate of Registration No. 1-921142192. They appear in *Harcourt Trophies: Catch A Dream* which has been in print for over a decade, with additional customized versions for many state curriculums having had multiple printings. Original licensing fee in

December of 2001 could not possibly allow for this volume and term, and the use is unlicensed.

46. The photographs entitled "*Toxic Waste Cleanup*," shown on Exhibit B as photograph 18, was registered under Certificate of Registration No. VAu 529-623; and "*Woman Buying New Car*," shown on Exhibit B as photograph 19, was registered under Certificate of Registration No. VAu 529-623. These images appear in *Economics: Concepts and Choices*, which was printed in multiple formats in 2007, 2008, 2009, 2010, and 2011, and this continued use is unlicensed.

47. The photograph entitled "*Weed*." shown on Exhibit B as photograph 20, was registered under Certificate of Registration No. VA 1-850-385. It appears in *Reading for Today,* which was published in 2000 and is still for sale. The HMH researcher who relicensed these images in 2008 for Steck-Vaughn Phonics Series, as described in Exhibit A, referred Palmer Kane to the June 20, 2000 Corbis licensing for seven insertions of *Weed*. If those seven licenses were, in fact, for the eight insertions in the phonics series, the three insertions in this book are unlicensed.

48. The photographs entitled "*Bins of Plastic Parts*," shown on Exhibit B as photograph 21, registered under Certificate of Registration No. VA 1-850-385; and "*Home Recycling*," shown on Exhibit B as photograph 22, registered under Certificate of Registration No. VA 1-850-704, appear in *SciencPlus: Technology* and *Society Lvl Red*, which is for sale in significant quantities considering the age of the book. These images were relicensed on February 12, 2001, but "*Bins of Plastic Parts*" was never licensed for the preceding volume in 1996, as is the case with the licensing of images from other contributors to this book.

49. The photographs entitled "*Autumn Tree*," shown on Exhibit B as photograph 23, registered under Certificate of Registration No. VA 1-850-704; and "*Woman Assembling Electronics*," shown on Exhibit B as photograph 24, registered under Certificate of Registration No. 1-894089982 appear in *States and Regions* by Boehm. "*Autumn Tree*" was originally licensed in April, 1996, and the book was published in 1996, 2000 and most recently in 2010 using the 1996 ISBN. The 2010 version is not available in the used market but definitely continues to use "*Autumn Tree*" but not enough information is provided online to know if it contains "*Woman Assembling Electronics*," which was never licensed in 1996.

50. The photographs entitled "*Paramedic on Radio*," shown on Exhibit B as photograph 25, was registered under Certificate of Registration No. VA 1-850-705, and "*Bank Teller*" shown on Exhibit B as photograph 25 and registered under Certificate of Registration No. VA 1-850-705, appear in *Algebra I: An Integrated Approach* which is still on sale seemingly in its original form. Palmer/Kane never licensed either image to D C Heath the original publisher of the book, or to HMH, the current publisher and, therefore the use is unlicensed.

51. The photograph entitled "*Group of Legislators*," shown on Exhibit B as photograph 27, was registered under Certificate of Registration No. VA 1-850-704, appears in *Integrated Mathematics Lvl 3* which is touted as "unchanged for 20 years." The copies in Palmer/Kane's possession from 2002 and 1995 bear that out and those uses are unlicensed.

52. Exhibit C contains a listing of HMH books known to Palmer/Kane containing Palmer/Kane photographs copyrighted under the identified copyright

14

registrations regarding which HMH has failed to provide Palmer/Kane with license information. Any entry on Exhibit C marked with the "status" NL was never licensed. On information and belief, entries with the status code EX constitute situations where HMH's usage exceeded the scope of the license and thus infringed. On information and belief, the remaining entries also represent infringements.

53. As shown pictorially in Exhibit D and by listing in Exhibit E, many books published by HMH containing Palmer/Kane's copyrighted images were also published by other publishers. The copyright registrations regarding those images are stated in Exhibits D and E. In these situations, HME either published the book (and the Palmer/Kane image(s) in it) without a license from Palmer/Kane or caused the other publishers of the same book to be published without licenses from Palmer/Kane for the Palmer/Kane images included in the book. Additionally listed in Exhibit E are Palmer/Kane images appearing in books without the benefit of any license or used beyond the scope of the limited license that was granted. For these reasons, the publications of Palmer/Kane images constitute either direct or contributory infringement by HMH. The information necessary to determine which uses by HMH were covered by licenses from Palmer/Kane is in the possession of HMH and has not been provided to Palmer/Kane.

54. On information and belief, each of the copyrighted Palmer/Kane images shown in Exhibit F was published by HMH in overruns that were not within the scope of any Palmer/Kane licenses and thus constituted an infringement of Palmer/Kane's copyright to said image.

**COUNT I**

**(COPYRIGHT INFRINGEMENT BY HMH)**

55. Plaintiff repeats and re-alleges each allegation set forth above in paragraphs 1-54.

56. Plaintiff is the sole proprietor of all rights, title and interest in and to the copyright of each of the photographs described and alleged above and in Exhibit A –F that have been registered with the United States Office of Copyright pursuant to 17 U.S.C.A. § 411(a).

57. Each of said photographs contains material wholly original with Plaintiff and is copyrightable subject matter under the laws of the United States.

58. HMH infringed Plaintiff's copyrights, in violation of the Copyright Act, 17 U.S.C. §101 et seq., by knowingly and willfully publishing said photographs without the consent or authorization of Plaintiff of Plaintiff's authorized representative.

59. HMH's infringements were intentional, willful, reckless and/or malicious.

60. HMH's unauthorized and infringing conduct caused Plaintiff significant injuries, damages, and losses in amounts to be determined at trial.

61. Plaintiff seeks all damages recoverable under any applicable agreements and/or the Copyright Act, including statutory or actual damages and HMH's profits attributable to the infringing use of Plaintiff's creative works, damages measured by any and the damages suffered as a result of the lack of compensation, credit and attribution. Plaintiff also seeks all attorneys' fees and any other costs incurred in connection with this lawsuit.

62. As a result of the above alleged infringements, Plaintiff has suffered and continues to suffer irreparable harm for which damages may be insufficient.

## COUNT II

## (BREACH OF CONTRACT BY HMH)

63. Plaintiff repeats and re-alleges each allegation set forth above in paragraphs 1-62.

64. HMH entered into license agreements relating to Palmer/Kane's images.

65. HMH breached the license agreements by exceeding material terms of the licenses and failing to pay the contractually agreed amounts.

66. Palmer/Kane suffered damages as a result of HMH's breach of contract. On information and belief, by the terms of the agreements entered into by HMH, HMH is required to pay ten times the license fee for any unauthorized use, in addition to any other remedies applicable under copyright law.

WHEREFORE, Plaintiff requests that this Court enter judgment in its favor and providing the following relief:

A. Entry of a preliminary and permanent injunction against HMH and anyone working in concert with HMH from copying, displaying, distributing, advertising, promoting, selling or offering to sell Plaintiff's photographs, or creating, obtaining, and using substantially similar photographs, and requiring HMH to deliver to the Court for destruction or other appropriate disposition all materials representing Plaintiff's photographs, including digital files representing Plaintiff's photographs, in the control or possession of HMH;

B. An award to Plaintiff of all damages allowable under the Copyright Act, including, but not limited to, statutory and/or actual damages, including

damages incurred as a result of Plaintiff's loss of licensing revenue, and HMH's profits attributable to the above-alleged infringements, as well as damages suffered by Plaintiff as a result of the lack of credit and attribution;

C. An award of all damages allowed under any applicable contracts or agreements, including an award of all damages recoverable on behalf of Palmer/Kane by its licensing agents against their licensees for breach of any licenses granted to such licensees regarding Palmer/Kane's photographic images;

D. An award of Plaintiff's full costs, including litigation expenses, expert witness fees, interest, and any other amounts authorized by law, and Plaintiff's attorneys' fees incurred in connection with this lawsuit;

E. An award of punitive and/or exemplary damages and any other relief authorized by law; and

F. Such other and further relief as this Court deems just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: April 26, 2013

    Respectfully submitted:

    PALMER/KANE LLC,
    By its attorneys,

    _____

Sibley P. Reppert, BBO No. 416900  
Michael J. Markoff, BBO No. 547590  
PEARL COHEN ZEDEK LATZER LLP  
50 Congress Street, Suite 1040  
Boston, MA 02109  
617-228-5725  
Fax 617-228-5721  
SibleyR@pczlaw.com