UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALMER/KANE LLC,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>HOUGHTON MIFFLIN HARCOURT   )<br>PUBLISHING COMPANY,   )<br>)<br>Defendant.   )<br>) | Civil Action No.<br>13-11030-IT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

- 2 -

| | |
|---|---|
| Dated: August 11, 2014 | Respectfully submitted, |
| /s/ Michael J. Markoff | /s/ David S. Clancy |
| Michael J. Markoff (BBO# 547590)<br>PEARL COHEN ZEDEK<br>   LATZER BARATZ LLP<br>50 Congress Street, Suite 1040<br>Boston, Massachusetts 02109<br>(617) 228-5720<br>mmarkoff@verizon.net<br><br>Veronica M. Munoz (admitted pro hac vice)<br>Clyde A. Shuman (admitted pro hac vice)<br>Lani Questembert (admitted pro hac vice)<br>PEARL COHEN ZEDEK<br>   LATZER BARATZ LLP<br>1500 Broadway, 12th Floor<br>New York, New York 10036<br>(646) 878-0800<br>vmunoz@pearlcohen.com<br>cshuman@pearlcohen.com<br>lquestembert@pearlcohen.com<br><br>Counsel for Plaintiff<br>Palmer/Kane LLC | David S. Clancy (BBO# 636031)<br>Matthew M.K. Stein (BBO# 666127)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>david.clancy@skadden.com<br>matthew.stein@skadden.com<br><br>Steven F. Napolitano (admitted pro hac vice)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>steven.napolitano@skadden.com<br><br>David R. Pehlke (admitted pro hac vice)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-7000<br>david.pehlke@skadden.com<br><br>Counsel for Defendant<br>Houghton Mifflin Harcourt Publishing Co. |

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and a paper copy will be sent by first class mail, postage prepaid, to counsel for Plaintiff Palmer/Kane LLC, Clyde Shuman, Esq., Pearl Cohen Zedek Latzer Baratz LLP, 1500 Broadway, 12th Floor, New York, New York 10036 on August 11, 2014.

| | |
|---|---|
| Dated: August 11, 2014 | /s/ David S. Clancy |
| | David S. Clancy |